IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMIE T. JACKSON and MARY M. JACKSON, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:20-cv-2498 |
| PHH MORTGAGE CORPORATION; U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-RP4; and POWER DEFAULT SERVICES, INC., | § § § § § § § § § § § § § § § | |
| Defendants. | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO FRCP 41(a)(1)(A)(ii)

Plaintiffs Jamie T. Jackson and Mary M. Jackson ("Plaintiffs") and PHH Mortgage Corporation; U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association, as Trustee, Successor by Merger to LaSalle Bank National Association, as Trustee, for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-RP4; and Power Default Services, Inc. ("Defendants")(together with Plaintiff, the "Parties") file this Joint Stipulation of Dismissal With Prejudice Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and in support thereof show unto the Court the following:

1. Plaintiffs hereby dismiss all of their claims against all Defendants with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure because Plaintiffs and Defendants have resolved all matters in controversy between them.

2. All costs of court and attorney's fees incurred will be borne by the party incurring the same.

Respectfully submitted,

*/s/ John G. Helstowski*
**John G. Helstowski**
Texas State Bar No. 24078653
Southern District Bar No. 2799780
**J. GANNON HELSTOWSKI LAW FIRM**
5209 Heritage Avenue, Suite 510
Colleyville, Texas 76034
Telephone (817) 382-3125
Facsimile (817) 382-1799
Email: jgh@jghfirm.com
**ATTORNEY FOR PLAINTIFFS**

**AND**

*/s/ Greg DeVries (with permission)*
**Greg Devries**
State Bar No. 24105802
gdevries@mcglinchey.com
**MCGLINCHEY STAFFORD**
1001 McKinney, Suite 1500
Houston, Texas 777002
(713) 520-1900 – Telephone
(713) 520-1025 – Facsimile

**Emily Stroope**
State Bar No. 24070692
**MCGLINCHEY STAFFORD**
Three Energy Square
6688 North Central Expressway, Suite 400
Dallas, Texas 75206
(214) 445-2445 – Telephone
(214) 445-2450 - Facsimile
**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on April 23, 2021, I conferred by email with Greg DeVries and Emily Stroope, lead attorneys of record for the Defendants and counsel advised that they are in agreement with the foregoing *Joint Stipulation of Dismissal With Prejudice Pursuant to FRCP 41(a)(1)(A)(ii)* and provided permission to affix their electronic signature to the same.

*/s/ John G. Helstowski*
John G. Helstowski

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2021, a true and correct copy of the foregoing *Joint Stipulation of Dismissal With Prejudice Pursuant to FRCP 41(a)(1)(A)(ii)* was filed and served upon all parties and counsel of record via the Court's ECF Notification system and the Federal Rules of Civil Procedure.

*/s/ John G. Helstowski*
John G. Helstowski